

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00279-CV

**IN RE** Joy Cherie **KILGORE**

Original Proceeding[1]

PER CURIAM

Sitting:    Lori I. Valenzuela, Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

Delivered and Filed: April 8, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; EMERGENCY MOTION FOR TEMPORARY RELIEF DENIED AS MOOT

Relator, Joy Cherie Kilgore, filed her petition for writ of mandamus and incorporated emergency motion for temporary relief on April 6, 2026. Having considered the petition, incorporated motion, and the documents provided, this court has determined that Kilgore is not entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a). The petition for writ of mandamus is denied. The emergency motion for temporary relief is denied as moot.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2025CI26784, styled *Joy Cherie Kilgore v. Selene Finance, L.P.*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Elizabeth Martinez presiding.